IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: New Century TRS Holdings Inc., et al.
_____

| | | |
|---|---|---|
| Karan Russell, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 14-821-SLR |
| | : | Bankruptcy Case No. 07-10416 (BLS) |
| New Century Liquidating Trust, | : | AP No. 14-25 |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **19th** day of **August, 2014**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on August 19, 2014 for an initial review and discussion to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. §

636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE