IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS<br>HOLDINGS INC., et al.,<br><br>　　　　Debtors. | ) Chapter 11<br>) Bk. No. 07-10416 (BLS)<br>)<br>)<br>)<br>) |
| KARAN RUSSELL,<br><br>　　　　Appellant,<br><br>　　v.<br><br>NEW CENTURY LIQUIDATING<br>TRUST,<br><br>　　　　Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 14-821-SLR<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this ~~*illegible*~~ day of August, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 26, 2014.**

2. Appellee's brief in opposition to the appeal is due on or before **October 27, 2014.**

3. Appellant's reply brief is due on or before **November 10, 2014.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

_____
United States District Judge